

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00194-CV

## IN RE KEITH AND SERENA TINKER

_____

## Original Proceeding

---

## ORDER ON REHEARING

---

The Motion for Rehearing filed on December 27, 2017 by real parties in interest is denied. The Motion to Stay filed on December 27, 2017 by real parties in interest is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
     (Justice Scoggins concurs in part and dissents in part)*
Motion for rehearing denied
Motion to stay dismissed as moot
Order issued and filed December 27, 2017

*(Justice Scoggins specifically concurs to the denial of the motion for rehearing as to grounds 1 and 2 but would grant the motion for rehearing as to ground 3 regarding the order transferring the proceeding back to Burleson County.)

